| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | OWEN P. MARTIKAN (CABN 177104)<br>Assistant United States Attorney |

FILED

2008 APR 23 PM 1: 27

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

450 Golden Gate Avenue, 11th Floor
San Francisco, California  94102
Telephone: (415) 436-7241
Fax:  (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THU VAN DINH, a/k/a<br>  Tuan Cong Dang, T, Lee Van,<br>  Le Van, Le Nguyen,<br><br>Defendant. | CRIMINAL NO. 3 08 70244 JL<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on April 22, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an indictment (copy attached) pending in the Eastern District of Missouri, Case Number 4:07-CR-0739 RWS.  In that case, the defendant is charged with one count of conspiracy to possess with the intention to distribute MDMA, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Date: April 22, 2008

OWEN P. MARTIKAN
Assistant United States Attorney

SUPPRESSED

# United States District Court

__EASTERN__ DISTRICT OF __MISSOURI__

UNITED STATES OF AMERICA      WARRANT FOR ARREST

v.      CASE NUMBER:

THU VAN DINH
a/k/a Tuan Cong Dang, T,
Lee Van, Le Van, Le Nguyen

**4:07CR00739 RWS**

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest THU VAN DINH, a/k/a Tuan Cong Dang, T, Lee Van, Le Van, Le Nguyen, and bring the defendant forthwith to the nearest magistrate to answer an Indictment charging the defendant with

COUNT I - conspiracy to possess with the intent to distribute ecstasy (MDMA), a Schedule I controlled substance, in violation of Title 21, U.S.C., Sections 846 and 841(a)(1), and punishable under Title 21, U.S.C., Section 841(b)(1)(C).

JAMES WOODWARD      CLERK, U.S. DISTRICT COURT
Name of Issuing Officer      Title of Issuing Officer

*[signature]*      December 6, 2007, at St. Louis, Missouri
Signature of Issuing Officer      Date and Location

(By) Deputy Clerk      Name of Judicial Officer

Detention requested.

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

0844-1207-0436 J

**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEC 0 6 2007

U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| RICKEY J. MILLER, | ) | |
| SHAWANA MILLER WALLACE, | ) | **4:07CR00739   RWS** |
| AKA Kim Tuck, | ) | |
| DIANE MARIE PITTMAN, | ) | |
| AKA Diana Craig, | ) | |
| ALBERT D. DOUGLAS, | ) | |
| BOBBY JAMES WILLIAMS, JR., | ) | |
| AKA Junior, | ) | |
| ALEXIS MARIE WILLIAMS, | ) | |
| CRYSTAL RENEE WILLIAMS, | ) | |
| TAVIS RICARDO DEAN, | ) | |
| TERRELL TERRY, | ) | |
| THU VAN DINH, | ) | |
| AKA Tuan Cong Dang, T, Lee Van, | ) | |
| Le Van, Le Nguyen, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about between January 1, 2006, and the date of this Indictment, in St. Louis County, Missouri, within the Eastern District of Missouri and elsewhere,

**RICKEY J. MILLER,**
**SHAWANA MILLER WALLACE,**
**AKA Kim Tuck,**
**DIANE MARIE PITTMAN,**
**AKA Diana Craig,**
**ALBERT D. DOUGLAS,**

**BOBBY JAMES WILLIAMS, JR.,**
**AKA Junior,**
**ALEXIS MARIE WILLIAMS,**
**CRYSTAL RENEE WILLIAMS,**
**TAVIS RICARDO DEAN,**
**TERRELL TERRY,**
**THU VAN DINH,**
**AKA Tuan Cong Dang, T, Lee Van, Le Van, Le Nguyen,**

the defendants herein, did knowingly and intentionally conspire, combine, confederate and agree with each other and other persons known and unknown to this Grand Jury, to commit an offense against the United States, to wit: to knowingly and intentionally possess with the intent to distribute 3,4-methlenedioxymethamphetamine (MDMA) (also known as "Ecstasy"), a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT II

The Grand Jury further charges that:

On or about April 5, 2006, in St. Louis County, Missouri, within the Eastern District of Missouri,

**BOBBY J. WILLIAMS, JR.,**
**AKA Junior,**

the defendant herein, did knowingly and willfully (a) conduct financial transactions affecting interstate commerce, to wit: the purchases of six $1,000 United States postal money orders; (b) and that these transactions, in fact, involved the proceeds from a specified unlawful activity, to wit: the transportation, distribution, and sale of in 3, 4-methylenedioxymethamphetamine (MDMA) as alleged in Count I and as defined in Title 21, United States Code, Section 841, et.

seq.; and (c) with the intent to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of the specified unlawful activity.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

A TRUE BILL.

FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

ANTOINETTE DECKER, #48747
Assistant United States Attorney