UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

RECEIVED
MAY - 7 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

May 5, 2008

Office of the Clerk
U.S. District Court
    Thomas F. Eagleton Courthouse
    111 S. 10th St. Suite 3.300
    St Louis MO   63102

FILED
MAY 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  U.S.A. v. Thu Van Dingh
Case Number: 3:08-70244 JL
Charges:  21:846, 841(a)(1) Conspiracy to possess with intent to distribute MDMA

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge James Larson.    The following action has been taken:

    [X]    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

4:07cr 739 RWS/AGF

Date: 5/7/08

CLERK, U.S. DISTRICT COURT